FILED / RECEIVED / ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 19 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY BURKE, DAWN BURKE RUSSELL L. SMITH, and SHIRLEY HOPE SMITH,<br><br>Plaintiffs,<br>vs.<br><br>HSBC BANK, USA, NATIONAL ASSOCIATION, QUALITY LOAN SERVICE CORP., LITTON LOAN SERVICING, LP, CARRINGTON MORTGAGE SERVICE, LLC, FIRST AMERICAN TITLE COMPANY, FIRST CENTENNIAL TITLE COMPANY, and DOES 1 – 10 and Corporations A – Z;<br><br>Defendants. | CASE NO.: 3:09-CV-00653 RCJ-VPC<br><br>**ORDER FOR TEMPORARY STAY AS TO PLAINTIFFS RUSSELL AND SHRILEY SMITH** |

A Hearing was held on December 14, 2010, in front of the Honorable Robert C. Jones, on Defendant Litton Loan Servicing's Motion to Dismiss (Doc. #50); Defendant Carrington Mortgage Services' Motions to Dismiss for Failure to State a Claim for Relief or, in the Alternative, for More Definite Statement and/or to Strike Portions of Complaint (Doc. #35 and Doc. #52); Defendant First American Title's Motion to Dismiss (Doc. #48); Plaintiffs' Motion to Remand to State Court (Doc. #12); Defendant Quality Loan Service's Motion to Dismiss (Doc. #49); Defendant Mortgage Electronic Registration Service's Motion to Stay and for Extension of Time to Answer or Otherwise Respond to the Complaint Pending a Decision on Transfer by the Judicial Panel on

Multidistrict Litigation (Doc. #33); and Defendant Quality Loan's Motion to Dismiss (Doc. #31).

Upon hearing argument from Counsel, and based upon Counsel's representation that a foreclosure sale has not occurred on Plaintiffs' Russell and Shirley Smith; IT IS HEREBY ORDERED that a Stay is granted as to Plaintiffs Russell and Shirley Smith, and for a period of one hundred (100) days from the date of this Hearing, contingent upon the following: (1) The Smiths and Defendants Carrington and Quality Loan shall participate in a foreclosure mediation program for loan modification. Defendant shall have present at the mediation a person with authority to modify the Smith's loan on the subject property, and (2) Plaintiffs Russell and Shirley Smith shall make monthly payments during the pendency of this Temporary Stay Order, with the first payment being due no later than fifteen (15) days from the date of this Hearing and every thirty (30) days thereafter.

DATED this 19th day of January, 2011.

_____
DISTRICT JUDGE